# Weinberg, Gross & Pergament LLP

ATTORNEYS AT LAW

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

March 16, 2010

Via ECF

Honorable Alan S. Trust
United States Bankruptcy Judge
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re: NIJO Properties, Inc.
        <u>Case No. 809-78175-735</u>

Dear Judge Trust:

  Be advised that I have conferred with the Debtor's principal and he has decided on behalf of the corporation not to oppose the pending Motion to dismiss or convert the above-referenced Chapter 11 case.

  The reason for the Debtor's determination is its inability to raise the necessary funds to cure the real estate tax arrears.

  Thus, I will not be appearing at the Hearing scheduled for March 17, 2010 nor March 24, 2010.

  In the event the Court requires an appearance, I request permission to appear by telephone.

            Respectfully yours,

            Marc A. Pergament

MAP:js

Honorable Alan S. Trust
United States Bankruptcy Judge
March 16, 2010
Page 2


cc via facsimile (631) 715-7777:
Alfred M. Dimino, Esq.
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722